**Film Title: Mechanic: Resurrection**
**Rights Owner: ME2 Productions, Inc.**

| | **SHA1:** B4A81D27B29589DD704A8 4498780ED183F12EB69 | | | | |
|---|---|---|---|---|---|
| **John Doe** | **IP Address** | **Port** | **Infringement Date/Time (yr/m/d)/ UTC** | **ISP** | **General Location of the IP Address Connection** |
| 1 | 75.70.57.38 | 55974 | 2017-02-25 21:58:17 | Comcast Cable | Colorado |
| 2 | 73.203.51.3 | 38232 | 2017-02-23 20:01:56 | Comcast Cable | Colorado |
| 3 | 67.174.112.53 | 63266 | 2017-02-23 11:05:29 | Comcast Cable | Colorado |
| 4 | 73.95.138.210 | 13331 | 2017-02-22 01:26:00 | Comcast Cable | Colorado |
| 5 | 73.95.125.99 | 50321 | 2017-02-11 13:29:33 | Comcast Cable | Colorado |
| 6 | 73.95.135.164 | 47460 | 2017-02-11 12:51:27 | Comcast Cable | Colorado |
| 7 | 24.8.145.215 | 32201 | 2017-02-10 20:59:09 | Comcast Cable | Colorado |
| 8 | 75.70.1.186 | 33950 | 2017-02-09 01:30:04 | Comcast Cable | Colorado |
| 9 | 174.51.135.254 | 62608 | 2017-02-09 00:16:38 | Comcast Cable | Colorado |
| 10 | 67.173.225.100 | 43552 | 2017-02-07 06:10:33 | Comcast Cable | Colorado |
| 11 | 73.95.96.93 | 55402 | 2017-02-05 09:20:04 | Comcast Cable | Colorado |
| 12 | 75.70.129.5 | 64167 | 2017-02-05 06:54:21 | Comcast Cable | Colorado |
| 13 | 75.71.138.38 | 55712 | 2017-02-05 04:41:32 | Comcast Cable | Colorado |
| 14 | 73.217.22.108 | 52190 | 2017-02-05 04:17:27 | Comcast Cable | Colorado |
| 15 | 24.8.184.199 | 12031 | 2017-01-31 04:09:07 | Comcast Cable | Colorado |
| 16 | 71.219.252.206 | 58630 | 2017-02-28 03:59:44 | CenturyLink | Colorado |
| 17 | 65.157.77.241 | 50188 | 2017-02-27 13:20:10 | CenturyLink | Colorado |
| 18 | 63.225.19.34 | 39356 | 2017-02-26 23:37:15 | CenturyLink | Colorado |
| 19 | 75.163.160.33 | 42465 | 2017-02-25 06:58:23 | CenturyLink | Colorado |
| 20 | 174.16.119.218 | 63417 | 2017-02-25 05:39:09 | CenturyLink | Colorado |
| 21 | 63.233.78.116 | 59747 | 2017-02-18 21:37:37 | CenturyLink | Colorado |
| 22 | 75.166.45.116 | 50321 | 2017-02-12 13:34:38 | CenturyLink | Colorado |
| 23 | 174.29.31.224 | 59325 | 2017-02-08 00:28:45 | CenturyLink | Colorado |
| 24 | 71.212.200.29 | 50322 | 2017-02-07 08:41:14 | CenturyLink | Colorado |

EXHIBIT 1